THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ANDRE HARRISON, Appellant.

Submitted February 9, 2015; decided February 12, 2015

Motion for assignment of counsel granted and Lynn W.L. Fahey, Esq., Appellate Advocates, 111 John Street, 9th Floor, New York, NY 10038 assigned as counsel to the appellant on the appeal herein.

Judges STEIN and FAHEY taking no part.